## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

MOLLY ADAIR,

    Plaintiff,

vs.

USAA CASUALTY INSURANCE
COMPANY,

    Defendant.

CV 21-134-BLG-SPW-TJC

ORDER

Upon the Joint Stipulation for Dismissal with Prejudice (Doc. 16) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this _16th_ day of March, 2022.

        Susan P. Watters
        SUSAN P. WATTERS
        U. S. DISTRICT JUDGE